**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 22, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00466-CV**

---

**IN RE T.C. AND B.H., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78967**

---

## MEMORANDUM OPINION

On July 3, 2023, relators T.C. and B.H. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Angela Graves-

Harrington, presiding judge of the 246th District Court of Harris County, to vacate her February 14, 2020 temporary orders and the July 15, 2020 order adjudicating maternity and issuing a birth certificate.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. Real party in interest K.D.'s motion to dismiss is denied as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.